Susan Fahringer, Bar No. 162978
Nicola Menaldo (*pro hac vice* forthcoming)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8687
Fax: 206-359-9000
Email: sfahringer@perkinscoie.com
Email: nmenaldo@perkinscoie.com

Caroline Sundermeyer, Bar No. 353219
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4300
Fax: 650-838-4350
Email: csundermeyer@perkinscoie.com

*Attorneys for Defendant*
*The Trade Desk, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE HERNANDEZ-MENDOZA, STACY PENNING, LAURA BONETTI, TANISHA DANTIGNAC, JESSICA LU, and ROBERT MASON, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRADE DESK, INC.,<br><br>Defendant. | Case No. 3:25-cv-02923-CRB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [L.R. 6-1(A)]**<br><br>Complaint Filed: March 28, 2025<br>Current Response Date: April 24, 2025<br>New Response Date: June 23, 2025<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION**

Pursuant to N.D. Cal. Local Rule 6-1(a), Plaintiffs Jorge Hernandez-Mendoza, Stacy Penning, Laura Bonetti, Tanisha Dantignac, Jessica Lu, And Robert Mason ("Plaintiffs") and Defendant The Trade Desk, Inc. ("The Trade Desk") (collectively, "the Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed their Complaint on March 28, 2025;

2. WHEREAS, The Trade Desk was served with the Complaint on April 3, 2025;

3. WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), The Trade Desk's deadline to answer or otherwise respond to the Complaint is April 24, 2025;

4. WHEREAS, the Parties have agreed to extend The Trade Desk's deadline to answer or otherwise respond to the Complaint by sixty (60) days, to June 23, 2025;

5. WHEREAS, this stipulation is made without prejudice to The Trade Desk's right to seek additional time to answer or otherwise respond to the Complaint if necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that The Trade Desk's deadline to answer or otherwise respond to the Complaint is extended from April 24, 2025 to June 23, 2025.

**IT IS SO STIPULATED AND AGREED.**

DATED:     April 22, 2025

| PERKINS COIE LLP | BURSOR & FISHER, PA |
|---|---|
| By: */s/ Susan Fahringer*<br>Susan Fahringer, Bar No. 162978<br>Nicola Menaldo (*pro hac vice* forthcoming)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206-359-8687<br>Fax: 206-359-9000<br>Email: sfahringer@perkinscoie.com<br>Email: nmenaldo@perkinscoie.com<br><br>Caroline Sundermeyer, Bar No. 353219<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: 650-838-4300<br>Fax: 650-838-4350<br>Email: CSundermeyer@perkinscoie.com<br><br>*Attorneys for Defendant The Trade Desk, Inc.* | By: */s/ Philip L. Fraietta*<br>Philip L. Fraietta<br>BURSOR & FISHER P.A.<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>(646) 837-7150<br>Email: pfraietta@bursor.com<br><br>Joshua R. Wilner<br>BURSOR & FISHER P.A.<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>925-300-4400<br>Email: jwilner@bursor.com<br><br>*Attorneys for Plaintiffs* |

-4-

## ATTESTATION

I, Susan Fahringer, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i), that the concurrence to the filing of this document has been obtained from the other signatories.

DATED: April 22, 2025  **PERKINS COIE LLP**

By: */s/ Susan Fahringer*
    Susan Fahringer

*Attorneys for Defendant The Trade Desk, Inc.*