1    Michael W. Sobol (SBN 194857)
     msobol@lchb.com
2    David T. Rudolph (SBN 233457)
     drudolph@lchb.com
3    **LIEFF CABRASER HEIMANN**
     **& BERNSTEIN, LLP**
4    275 Battery Street, 29th Floor
     San Francisco, CA  94111
5    Telephone: (415) 956-1000
     Facsimile: (415) 956-1008
6
     *Attorney for Plaintiffs Michie, et al., and*
7    *the Proposed Classes*

8

9

10

11

12

Susan Fahringer, (SBN 162978)
sfahringer@perkinscoie.com
Nicola Menaldo (*pro hac vice*)
nmenaldo@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8687
Facsimile: (206) 359-9000

Caroline Sundermeyer, (SBN 353219)
CSundermeyer@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Defendant The Trade Desk, Inc.*

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14              **SAN FRANCISCO DIVISION**

15

16    DOUG MICHIE and JUSTIN DYER,
      *individually and on behalf of all others*
17    *similarly situated*,

18                     Plaintiffs,

19    v.

      The Trade Desk, Inc., *a corporation*
20    *organized under the laws of the State of*
      *Delaware*,
21
                       Defendant.
22

Case No. 3:25-cv-2889 (CRB)

**JOINT STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING SCHEDULING THE
INITIAL CASE MANAGEMENT
CONFERENCE**

23

24

25

26

27

28

| | |
|---|---|
| **This case relates to:** | Case No. 3:25-cv-2923 (CRB) |
| JORGE HERNANDEZ-MENDOZA, STACY PENNING, LAURA BONETTI, TANISHA DANTIGNAC, JESSICA JU, and ROBERT MASON, *individually and on behalf of all others similarly situated*, | |
| Plaintiffs, | |
| v. | |
| The Trade Desk, Inc., | |
| Defendant. | |

| | |
|---|---|
| **This case relates to:** | Case No. 3:25-cv-3136 (CRB) |
| JENNIFER TURNER, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | |
| v. | |
| The Trade Desk, Inc., | |
| Defendant. | |

1    Pursuant to Civil Local Rules 7-12 Plaintiffs Doug Michie and Justin Dyer ("Plaintiffs")

2   and Defendant The Trade Desk, Inc. ("Defendant," and together with Plaintiffs, the "Parties")

3   hereby stipulate as follows:

4    WHEREAS on March 28, 2025, Plaintiffs filed the complaint in this action. ECF No. 1.

5    WHEREAS this action was initially assigned to Magistrate Judge Sallie Kim, who ordered

6   the following deadlines: (1) June 9, 2025 deadline to file ADR certification, and to meet and confer

7   re initial disclosures, early settlement, ADR process selection, and discovery plan; (2) June 23,

8   2025 deadline to make initial disclosures and file an initial case management conference; and (3)

9   June 30, 2025 initial case management conference. ECF Nos. 5, 8.

10    WHEREAS on April 4, 2025 and April 9, 2025, respectively, Plaintiffs filed two unopposed

11   administrative motions to consider whether *Hernandez-Mendoza, et al. v. The Trade Desk, Inc.*,

12   No. 3:25-cv-2923-CRB (N.D. Cal.) ("*Hernandez-Mendoza*"), and *Turner v. The Trade Desk Inc.*,

13   No. 3:25-cv-3136-CRB (N.D. Cal.) ("*Turner*") should be related to this action. ECF Nos. 15, 17.

14    WHEREAS on April 9, 2025, Plaintiffs declined to proceed before a magistrate judge. ECF

15   No. 20.

16    WHEREAS On April 11, 2025, this action was reassigned to District Judge Charles R.

17   Breyer. ECF No. 22.

18    WHEREAS the Court ordered that "[a]ll hearing and trial dates presently scheduled are

19   vacated. . . Other deadlines such as those for ADR compliance and discovery cutoff also remain

20   unchanged." ECF No. 22.

21    WHEREAS the Court related *Hernandez-Mendoza* and *Turner* to this action. ECF Nos. 27,

22   28.

23    WHEREAS on May 15, 2025, Plaintiffs in this Action, together with the Plaintiffs in the

24   *Hernandez-Mendoza* and *Turner* actions, filed a joint Motion to Consolidate Cases and a Motion

25   to Appoint Interim Counsel. ECF Nos. 40, 41.

26    WHEREAS on May 29, 2025, Defendant filed a limited opposition to Plaintiffs' Motion to

27   Consolidate Cases regarding Plaintiffs' proposed schedule. ECF No. 43.

28    WHEREAS on June 5, 2025, Plaintiffs filed a Reply in support of their Motion to

1    Consolidate Cases. ECF No. 44.

2        WHEREAS the Parties agree that in the interest of the orderly and efficient conduct of this

3    case, these events and related deadlines should be deferred in light of Plaintiffs' pending Motion to

4    Consolidate Cases and Motion to Appoint Interim Counsel, the outcome of which will likely affect

5    the deadlines in this case;

6        NOW THEREFORE, the Parties, through their respective counsel and subject to the Court's

7    approval, STIPULATE and AGREE that the June 9, 2025 deadline to meet and confer about

8    initial disclosures, early settlement, and discovery plan; the June 23, 2025 deadline to make initial

9    disclosures and file an initial case management statement; and the June 30, 2025 initial case

10   management conference dates shall be deferred and removed from the calendar in this action.

11

12

13

14

15   Dated: June 5, 2025                              Respectfully submitted

16   /s/ Nicola Menaldo                               /s/ David T. Rudolph
     Susan Fahringer, (SBN 162978)                    Michael W. Sobol (SBN 194857)
17   sfahringer@perkinscoie.com                       msobol@lchb.com
     Nicola Menaldo (*pro hac vice*)                  David T. Rudolph (SBN 233457)
18   nmenaldo@perkinscoie.com                         drudolph@lchb.com
     **PERKINS COIE LLP**                             Linnea D. Pittman (*pro hac vice*)
19   1201 Third Avenue, Suite 4900                    lpittman@lchb.com
     Seattle, WA 98101                                Danna Elmasry (*pro hac vice*)
20   Telephone: (206) 359-8687                        delmasry@lchb.com
     Facsimile: (206) 359-9000                        **LIEFF CABRASER HEIMANN**
21                                                    **& BERNSTEIN LLP**
     Caroline Sundermeyer, (SBN 353219)               275 Battery Street, 29th Floor
22   CSundermeyer@perkinscoie.com                     San Francisco, CA  94111
     **PERKINS COIE LLP**                             Telephone: (415) 956-1000
23   3150 Porter Drive                                Facsimile: (415) 956-1008
     Palo Alto, CA 94304
24   Telephone: (650) 838-4300                        *Attorneys for Plaintiffs Michie and Dyer, and*
     Facsimile: (650) 838-4350                        *the Proposed Classes*
25
     *Attorneys for Defendant The Trade Desk, Inc.*
26

27                                                    /s/ Jay Barnes
                                                      Jason "Jay" Barnes (*pro hac vice*)
28                                                    jaybarnes@simmonsfirm.com

Eric Johnson (*pro hac vice*)
ejohnson@simmonsfirm.com
An V. Truong (*pro hac vice*)
atruong@simmonsfirm.com
Sona R. Shah (*pro hac vice*)
sshah@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
12 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile:  (212) 213-5949

*Attorneys for Plaintiffs Michie and Dyer, and
the Proposed Classes*

1          **[PROPOSED] ORDER**

2          Pursuant to the Joint Stipulation Regarding Scheduling the Initial Case Management

3    Conference, **IT IS SO ORDERED**.

4

5

6    Date: _____June 6_____, 2025        By: _____

7                                                      Hon. Charles R. Breyer
                                                       United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                                    CERTIFICATE OF SERVICE
                                     CASE NO. 3:25-CV-2889 (CRB)